IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEBORAH ELDREDGE                                                    PLAINTIFF

V.                          CASE NO. 03-CV-4080

GEORGIA-PACIFIC CORPORATION and
METROPOLITAN LIFE INSURANCE COMPANY                 DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Upon representation that the Plaintiff and Defendants have reached settlement, the above-

captioned matter should be and is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
L. Wren Autrey
**Attorney for Plaintiff**

_____
Byron Freeland
**Attorney for Defendants**

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 2 5 2005

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

1